

**VANDAMME LAW FIRM P.C.**
Attorneys-At-Law

46 Trinity Place, 3rd Floor
New York, New York 10006
Tel:212-641-0613/212-851-6916
Fax: 212-918-0729

---

March 20, 2025

**By ECF:**
Honorable John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  Gregorio Vargas v. United States of America
     24-cv-08766-JPC

Dear Judge Cronan:

    We represent Gregorio Vargas in the above-referenced matter. A status conference is currently scheduled for March 26th, 2025 at 3:30pm. I will be out of the country next week with my children on spring break. I respectfully request that the conference be adjourned to any time after March 28, 2025, which is convenient for the Court. Thank you for your courtesy.

Very truly yours,

*Hendrick Vandamme*

The request is granted. The conference originally scheduled for March 26 is rescheduled to April 2, 2025, at 2:30 p.m.

SO ORDERED
March 20, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge